In re Perrier, Mildred Reinike; Dubuis-son, Betty Reinike; Cooper, Catherine Rein-ike; Hendon, Dolores Reinike; Cassady, Marie Reinike; Reinike, Irma; Reinike, Vernon R.; Reinike, Paul E.; Reinike, Ronald; Reinike, Connie; Reinike, Tammy; Reinike, Bernard; Reinike, Jody; — Plaintiffs); applying for writ of certiorari and/or review; Parish of Orleans, Civil District Court, Div. “L”, No. 92-14961; to the Court of Appeal, Fourth Circuit, No. 94CA-1081.
Denied.
VICTORY, J., would grant the writ.
KIMBALL, J., not on panel.